# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: FORTIETH STATEWIDE    :  Nos. 112 and 113 WM 2018
INVESTIGATING GRAND JURY    :
    :
    :
    :
PETITIONS OF: V.M.    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2018, in consideration of the Petitions for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

    Jurisdiction is relinquished.

    The instant order is unsealed.